UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,          Case No. 1:12-CV-159 (GTS)

-vs-

ELIZABETH B. CAPEN,

            Defendant.

## DEFAULT JUDGMENT

Defendant Elizabeth B. Capen having failed to appear to defend this action after having been served with process, it is hereby

**ORDERED** that Plaintiff United States of America's motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 6) is **GRANTED** in its entirety for the reasons stated therein, and that a default judgment be entered in favor of Plaintiff United States of America and against Defendant Elizabeth B. Capen as follows:

| | |
|---|---|
| Principal balance | $4,875.60 |
| Total Interest Accrued<br>(From 11/29/90 to 4/19/12 = 7,812 days)<br>(Annual Interest Rate 8.49%) | $8,859.31 |
| Process Server Fees | $   55.00 |
| **TOTAL AMOUNT OF JUDGMENT** | **$13,789.91** |

Plus post-judgment interest pursuant to 28 U.S.C. §1961.

Dated:    April 19, 2012
             Syracuse, NY

*[signature]*
Hon. Glenn T. Suddaby
U.S. District Judge